IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:13-CR-246 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| YUMA ALCORTA | : | |

## ORDER

AND NOW, this 3rd day of November, 2015, upon consideration of the motion (Doc. 266) by defendant Yuma Alcorta ("Alcorta") to dismiss the indictment and suppress identification evidence, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 266) is GRANTED to the extent it seeks dismissal of the indictment against Alcorta, without prejudice to the United States to return to the grand jury to seek a superseding indictment.

2. The court's oral order of March 18, 2014, granting the government's motion (Doc. 117) to amend the indictment, is VACATED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania